UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kim M. Richardson,

        Plaintiff,

Case No. 11-12605

Honorable Nancy G. Edmunds

v.

Commissioner of Society Security,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [10]**

      This matter has come before the Court on the Magistrate Judge's August 27, 2012 Report and Recommendation. (Dkt. 10.) The Court is fully advised in the premises and has reviewed the record and pleadings. Neither party has filed objections. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED.

      SO ORDERED.

                  s/Nancy G. Edmunds
                  Nancy G. Edmunds
                  United States District Judge

Dated: September 20, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2012, by electronic and/or ordinary mail.

                  s/Carol A. Hemeyer
                  Case Manager